IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JULIUS J. HARANG, NORBERT HENNRICH, BETSY HENNRICH, SAM MANGANO, STEPHEN GOERKE, JEFF KLEUFF, DARA SWANGO, JESSE LOPEZ, DON LOPATO, and RYAN GLAZE, <br><br> Plaintiffs, on behalf of themselves and others similarly situated <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., RASIER LLC, TRAVIS KALANICK, SALLE EUN YOO, KATHERINE TASSI, SABRINA ROSS, JOHN FLYNN, JOE SULLIVAN, DARA KHOSROWSHAHI, APPLE INC., TIM COOK, and UNKNOWN JOHN DOES AND JANE DOES, <br><br> Defendants. | Case No. 17-cv-8500 <br><br> Hon. Judge: Robert M. Dow, Jr. <br> Hon. Magistrate Judge: M. David Weisman |

**DECLARATION OF JOSE (TONY) DIEPPA**
**IN SUPPORT OF UBER DEFENDANTS' MOTION TO COMPEL ARBITRATION**
**AND STAY PROCEEDINGS**

I, Jose (Tony) Dieppa, declare under penalty of perjury, as follows:

1. I am over the age of 18 and I submit this declaration in support of Uber Technologies, Inc.'s ("Uber") Motion to Compel Arbitration. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2. Uber was founded in 2009 in San Francisco, California. Uber offers a software application (the "Uber App") that allows members of the public to request transportation services

from independent, third-party transportation providers in their local area.

3. I am a Senior Software Engineer at Uber. I am one of the developers on Uber's Android team that designs and implements changes to the Android Uber App. My responsibilities include providing insight with the development and maintenance of the Uber App for Android users.

4. In order to request and pay for third-party transaction services via the Uber App, riders must first register with Uber by creating an account. An account can be created from within the Uber App itself.

5. In the normal course of its business, Uber maintains records regarding when and how its riders register. As a Senior Software Engineer, I have access to these registration records and I am familiar with these records, which are maintained in the ordinary course of business. At the request of counsel, I reviewed the registration records and was able to identify the date and method by which Plaintiff Jesse Lopez registered for Uber: Mr. Lopez registered on October 3, 2016 via the Android version of the Uber App using an Android device.

6. Based on my review of records maintained by Uber in the regular course of business, I identified the version of the Android Uber App that Mr. Lopez used on October 3, 2016. As a Senior Software Engineer, I am familiar with this version of the Uber App. Screenshots representing the experience the user had during the registration sign-up process for this version of the Android-based Uber App are attached as Exhibits A through C. The registration sign-up process for this version of the App consists of the following steps:

    a. After successfully downloading the Uber App and clicking on the "REGISTER" button, as shown in the screenshot attached hereto as **Exhibit A**, the user is prompted on the first screen, titled "Register," to enter his first and last name, email

address, and mobile phone number and to select a password. After entering the requested information, the "NEXT" button is enabled and the user clicks "NEXT" to advance to the next screen. A screenshot of this first screen is attached hereto as **Exhibit B.**

    c.     On the second screen, titled "Payment," the user is prompted to enter his payment information. The following notice is visibly displayed at the bottom center of the screen beneath the "REGISTER" and "PayPal" buttons: "BY CREATING AN UBER ACCOUNT, YOU AGREE TO OUR **TERMS & CONDITIONS AND PRIVACY POLICY.**" The words "TERMS & CONDITIONS AND PRIVACY POLICY" are displayed in capitalized and underlined turquoise-blue text, indicating that this is a clickable link. When the link is clicked, the user is taken to a screen that contains other clickable buttons, including buttons entitled "Terms & Conditions" and "Privacy Policy." The Terms and Conditions and/or Privacy Policy then in effect would be displayed when the respective "Terms & Conditions" or "Privacy Policy" button was clicked. A screenshot of this second screen as first presented to the user is attached hereto as **Exhibit C.** A screenshot of this second screen after the user selects the text box for entering a credit card number is attached hereto as **Exhibit D**.

    d.     Uber's records indicate that Mr. Lopez created his account using a credit card.

    e.     After entering his credit card information, the "REGISTER" button on the second screen is enabled and the user clicks the "REGISTER" button to complete the creation of his account. A screenshot of this second screen with payment information completed is attached as **Exhibit E**.

7. Mr. Lopez could not have completed the registration process via the Uber App without completing all of the steps described in the preceding paragraph.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed on this 2nd day of February, 2018, in San Francisco, California.

By: _____
Jose (Tony) Dieppa

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 5th day of February, 2018, a true and and correct copy of **Defendants' Motion to Compel Arbitration and Stay Proceedings** was served via the CM/ECF filing system, which sent notification of such filing to all Filing Users

/s/ E. Desmond Hogan

E. Desmond Hogan
*Counsel for Uber Technologies, Inc.*