**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS  EASTERN DIVISION**

| | | |
|---|---|---|
| JULIUS J. HARANG, NORBERT HENNRICH, BETSY HENNRICH, SAM MANGANO, STEPHEN GOERKE, JEFF KLEUFF, DARA SWANGO, JESSE LOPEZ, DON LOPATO,and RYAN GLAZE, | ) ) ) ) ) ) ) | |
| | ) | Case No. 17-cv-8500 |
| Plaintiffs, on behalf of themselves and others similarly situated | ) ) | |
| | ) | Hon. Judge:  Robert M. Dow, Jr. |
| vs. | ) | Hon. Magistrate Judge:  M. David Weisman |
| | ) | |
| UBER TECHNOLOGIES, INC., RASIER LLC, TRAVIS KALANICK, SALLE EUN YOO, KATHERINE TASSI, SABRINA ROSS, JOHN FLYNN, JOE SULLIVAN, DARA KHOSROWSHAHI, APPLE INC., TIM COOK, and UNKNOWN JOHN DOES AND JANE DOES, | ) ) ) ) ) ) ) ) | |
| | ) ) | |
| Defendants. | ) | |

**DECLARATION OF NAVEEN NARAYANAN**
**IN SUPPORT OF UBER DEFENDANTS' MOTION TO COMPEL ARBITRATION**
**AND STAY PROCEEDINGS**

I, Naveen Narayanan, declare under penalty of perjury, as follows:

1.      I am over the age of 18 and I submit this declaration in support of Uber

Technologies, Inc.'s ("Uber") Motion to Compel Arbitration.  I have personal knowledge of each

fact stated in this declaration and, if called as a witness, I could and would competently and

truthfully testify thereto.

2.      Uber was founded in 2009 in San Francisco, California.  Uber offers a software

application (the "Uber App") that allows members of the public to request transportation services

from independent, third-party transportation providers in their local area.

3.      I am a Software Engineer II at Uber.  I am one of the developers on Uber's Android team that designs and implements changes to the Android Uber App.  My responsibilities include providing insight with the development and maintenance of the Uber App. for Android users.

4.      In the normal course of its business, Uber maintains records regarding when and how its riders register.  As a Software Engineer II, I have access to these registration records and I am familiar with these records, which are maintained in the ordinary course of business.  At the request of counsel, I reviewed the registration records and was able to identify the date and method by which Plaintiff Jeff Klueff registered for Uber: Mr. Klueff registered on May 24, 2014 via the Android version of the Uber App using a smartphone with an Android operating system.

6.      Based on my review of records maintained by Uber in the regular course of business, I identified the version of the Android Uber App that was used by Mr. Klueff.  As a Software Engineer II, I am familiar with this version of the Uber App.  True and correct screenshots of certain screen views of this version of the App are attached as Exhibits A through C.

7.      When a user is signed in to this version of the App, the home screen contains a button with three lines in the top left corner of the screen, indicating that it contains a list of available options to select within the App.  When the user clicks on the button, a menu of six clickable buttons appears.  One of the clickable buttons is entitled "ABOUT."  A screenshot showing the clickable buttons is attached as **Exhibit A**.

2

8.      When a user clicks on the "ABOUT" button, he is taken to the About screen, which contains three clickable links, one of which is entitled "Legal."  A screenshot of the About screen is attached as **Exhibit B**.

9.      When a user clicks on the "Legal" link, he is taken to the Legal screen, which contains five clickable links.  The second clickable link is entitled "Terms & Conditions."  The Terms and Conditions then in effect would be displayed when a user clicks on the "Terms & Conditions" link.  A screenshot of the Legal screen is attached as **Exhibit C**.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed this  2  day of February, 2018, in San Francisco, California.

_____
                Naveen Narayanan

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of February, 2018, a true and and correct copy of

**Defendants' Motion to Compel Arbitration and Stay Proceedings** was served via the

CM/ECF filing system, which sent notification of such filing to all Filing Users

/s/ E. Desmond Hogan

E. Desmond Hogan
*Counsel for Uber Technologies, Inc.*