# EXHIBIT A



# EXHIBIT B

Case: 1:17-cv-08500 Document #: 75-16 Filed: 02/05/18 Page 3 of 6 PageID #:509



# EXHIBIT C

