

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                 **312-435-5670**
**Clerk**

4/10/18

Re:   Harang et al v. Uber Technologies, Inc. et al

USDC Case Number:   17cv8500

MDL Number:   2826

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered
by the MDL Judicial Panel on 4/10/18:

   x   Was electronically transmitted to: Central District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                                 Sincerely.
                                                                 Thomas G. Bruton, Clerk

                                                                 By:    /s/ Anya Ellis
                                                                        Deputy Clerk

Enclosures

**New Case No.** _____          **Date** _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016